# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NEW HOPE METHODIST CHURCH

VERSUS

BOARD OF TRUSTEES OF THE
LOUISIANA ANNUAL CONFERENCE
OF THE UNITED METHODIST
CHURCH, SOUTH CENTRAL
JURISDICTION

CONSOLIDATED WITH

CONCORD METHODIST CHURCH

VERSUS

BOARD OF TRUSTEES OF THE
LOUISIANA ANNUAL CONFERENCE
OF THE UNITED METHODIST
CHURCH, SOUTH CENTRAL
JURISDICTION

NO.  2024 CW 0294

JUNE 3, 2024

---

In Re:   Board of Trustees of the Louisiana Annual Conference
of the United Methodist Church, South Central
Jurisdiction, applying for supervisory writs, 20th
Judicial District Court, Parish of West Feliciana,
Nos. 24739 c/w 24740.

---

**BEFORE: WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT GRANTED.**   The portion of the trial court's March 6,
2024 judgment denying the dilatory exception of unauthorized use
of summary proceeding filed by Board of Trustees of the
Louisiana Annual Conference of the United Methodist Church,
South Central Jurisdiction is reversed.  Summary proceedings may
be used only in those matters in which the law permits them to
be used.  La. Code Civ. P. art. 2592.  The petitions filed by
plaintiffs, New Hope Methodist Church and Concord United
Methodist Church, fail to allege facts entitling plaintiffs to
proceed by summary proceeding.  See La. R.S.  9:5176(A).
Accordingly, the exception of unauthorized use of summary
proceeding is granted.  This matter is remanded to the trial
court with instructions to allow New Hope Methodist Church and
Concord United Methodist Church an opportunity to amend their
petitions to convert the proceeding to an ordinary proceeding.

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT